C. Barry Zimmerman, Chapter 13 Trustee
cbarryz13@gmail.com
P.O. Box 1240
Coeur d'Alene, Id 83816
(208) 664-6100
(208) 664-4737 [Facsimile]
Chapter 13 Trustee

# United States Bankruptcy Court
## District of Idaho

In re:

Hite, Anthony W.
Hite, Tara L.

Debtor(s)

Case No. 17-20401-NGH

Chapter 13

### Turnover of Funds to the Clerk

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

The following funds represent disbursement to creditors which were not claimed within 90 days and are therefore paid to the Court pursuant to 11 U.S.C. 347(a).

Check no. 266022
Amount Remitted: $4,212.14
Claim #015

Creditor Name & Address
HSAM
2001 Lind Ave. SW STE. 200
Renton, WA 98057

TOTAL AMOUNT REMITTED $4,212.14

Dated: 09/18/2023

FEE PAID
R# 50027

C. Barry Zimmerman, Trustee